UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MSIG HOLDINGS (U.S.A.), INC. et al,

                Plaintiffs,

-against-

RICHARD PYE,

                Defendant.

Case No. 1:25-cv-08071 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated during the October 16, 2025 conference, the Court DENIES Plaintiffs' letter motion for expedited discovery at Dkt. 10.

The initial pre-trial conference scheduled for January 13, 2025 is rescheduled for **November 18, 12:00 pm**.

Defendant's deadline to answer or otherwise respond to the complaint is extended from October 23, 2025 to **November 6, 2025**.

Dated: October 16, 2025
       New York, New York

                              SO ORDERED.

                              *Jennifer Rochon*
                              JENNIFER L. ROCHON
                              United States District Judge