UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MSIG HOLDINGS (U.S.A.), INC. et al,

                              Plaintiffs,

                    -against-

RICHARD PYE,

                              Defendant.

Case No. 1:25-cv-08071 (JLR)

**<u>ORDER</u>**

JENNIFER L. ROCHON, United States District Judge:

      For the reasons stated on the record during the November 18, 2025 conference, the Court

DENIES Defendant's letter motion to stay discovery.  The Clerk of the Court is respectfully

directed to terminate the motion at Dkt. 34.

Dated: November 18, 2025
      New York, New York

SO ORDERED.

*Jennifer Rochon*

JENNIFER L. ROCHON
United States District Judge