UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MSIG HOLDINGS (U.S.A.), INC. et al.,

                    Plaintiffs,

        -against-

RICHARD PYE,

                    Defendant.

Case No. 1:25-cv-08071 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On November 26, 2025, Plaintiffs amended their complaint as of right within 21 days of Defendant's motion to dismiss. *See* Dkts. 32, 47. Per the Court's Individual Rule 3(B), the motion to dismiss is denied as moot without prejudice to refiling with respect to the amended complaint. The Clerk of the court is respectfully directed to terminate the motion at Dkt. 32.

Dated: December 1, 2025
      New York, New York

                              SO ORDERED.

                              *Jennifer Rochon*

                              JENNIFER L. ROCHON
                              United States District Judge