UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MSIG HOLDINGS (U.S.A.), INC. and
MITSUI SUMITOMO MARINE
MANAGEMENT (U.S.A.), INC.,

                              Plaintiffs,

            -against-

RICHARD PYE,

                            Defendant.

Case No. 1:25-cv-08071 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record at the February 10, 2026 conference, the Court rules as follows:

1.  Defendant's objection to Plaintiffs' Request for Production ("RFP") 10 is overruled in part. Defendants shall respond to RFP 10 but the request shall be modified such that the language "regarding but not limited to any individual's departure from MSIG" shall be stricken and replaced with "regarding these individuals' departures from MSIG."

2.  Defendant's objection to Plaintiffs' RFP 11 is overruled in part. Defendants shall respond to RFP 10 but the request shall be limited to documents and communications created after January 1, 2025.

3.  Defendant's objection to Plaintiffs' RFP 12 is overruled. However, the parties shall determine the appropriate level of confidentiality for the production, including outside counsel only designations.

4.  Defendant's objection to Plaintiffs' RFP 13 is sustained.

5.  Defendant's objection to Plaintiffs' RFP 14 is sustained.

6. The Court will reserve decision on Defendant's objection to Plaintiffs' RFP 15 because the dispute is not ripe.

7. Plaintiffs' objection to Defendant's RFP 25 is sustained.  The parties shall meet and confer in an effort to agree upon more limited and proportional disclosure regarding any pattern or practice of transferring MSIG documents to personal email accounts.

8. Plaintiffs' objection to Defendant's RFP 46 is sustained.  The Court grants Defendant leave to serve a contention interrogatory that requests information related to the trade secrets that are subject to Plaintiffs' claims.  Once that information is identified, the parties shall endeavor to agree upon a more limited production by Plaintiff of information about public disclosure or transfer of that information to third parties.

9. The parties have advised that they will continue to meet and confer regarding Defendant's RFP 50.

Dated: February 10, 2026
New York, New York

SO ORDERED.

_Jennifer Rochon_
JENNIFER L. ROCHON
United States District Judge

2