UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MSIG HOLDINGS (U.S.A.), INC., and MITSUI SUMITOMO MARINE MANAGEMENT (U.S.A.), INC.,<br><br>       Plaintiffs,<br><br>  -against-<br><br>RICHARD PYE,<br><br>       Defendant. | Case No. 1:25-cv-08071 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record at the April 2, 2026 Conference, the documents filed at Dkt. 77 shall remain under seal.  Furthermore, the parties are directed to submit to the Court a proposed confidentiality order consistent with the Court's rulings by **April 6, 2026**.

The Clerk of the Court is respectfully directed to terminate the open motions at Dkts. 76 and 80.

Dated: April 2, 2026
   New York, New York

           SO ORDERED.

              _____
           JENNIFER L. ROCHON
           United States District Judge