UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MSIG HOLDINGS (U.S.A.), INC., and
MITSUI SUMITOMO MARINE
MANAGEMENT (U.S.A.), INC.,

                Plaintiffs,

      -against-

RICHARD PYE,

                Defendant.

Case No. 1:25-cv-08071 (JLR)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record at the May 11, 2026 conference, the motion quash the

subpoenas *ad testificandum* of non-parties Matthew Shulman and Valerie Turpin is GRANTED

at this time.

Dated: May 11, 2026
      New York, New York

                      SO ORDERED.

                      JENNIFER L. ROCHON
                      United States District Judge