UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MSIG HOLDINGS (U.S.A.), INC. AND MITSUI
SUMITOMO MARINE MANAGEMENT (U.S.A.), INC,

                    Plaintiff,

                -against-

RICHARD PYE.,

                   Defendant.

25 CIVIL 08071 (JLR)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in

the Court's Opinion and Order dated June 25, 2026, the motion to dismiss is GRANTED;

accordingly, the case is closed.

**Dated:**   New York, New York
          June 25, 2026

                                           **TAMMI M. HELLWIG**
                                             Clerk of Court

**BY:**

                                             Deputy Clerk